# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ROBERT GUENTHER,

    Petitioner

   v.

ZAUCHA FAMILY LIMITED PARTNERS,

    Respondent

   v.

XTREME SNOW REMOVAL AND ICE
CONTROL,

    Respondent

No. 159 WAL 2015

Petition for Allowance of Appeal from the
Order of the Superior Court

## ORDER

**PER CURIAM**

  **AND NOW**, this 21st day of September, 2015, the Petition for Allowance of
Appeal is **DENIED**.